P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



R/S

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401623 SEP 16 2015

RE: WR-83,166-01

HARRY JOSEPH COHEN
T - TDC # 1930479



Returned